UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISRAEL SHURKIN and SHARON SHURKIN, Individually And On Behalf of All Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BIOPURE CORPORATION, THOMAS MOORE and CARL W. RAUSCH,<br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 04-10055-NG<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Robert A. Buhlman and Eunice E. Lee of the law firm of Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts, 02110, (617) 951-8000, as counsel for Defendants Biopure Corporation, Thomas A. Moore and Carl W. Rausch in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert A. Buhlman, BBO #554393
　　　　　　　　　　　　　　　　　　Eunice E. Lee, BBO #639856
　　　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP
　　　　　　　　　　　　　　　　　　150 Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 951-8000

Dated: February 5, 2004

LITDOCS:536069.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by regular mail, on February 5, 2004.

_____
Eunice E. Lee

LITDOCS:536069.1