UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X
: 
CAROLYN GREENE, on Behalf of Herself and :
All Others Similarly Situated, :
: Civ. No. 1:03 CV 12628 (NG)
Plaintiff, :
:
vs. :
:
BIOPURE CORPORATION, THOMAS A. MOORE, :
CARL W. RAUSCH and RONALD F. RICHARDS, :
:
Defendants. :
:
---------------------------------------------------------------X

[Additional Captions Set Forth Below]


**MOTION OF RONALD ERICKSON AND BENJAMIN JOSEPH FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS PURSUANT TO
§21D(a)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF
SELECTION OF LEAD COUNSEL**

```
------------------------------------------------------------X
                                                            :
JOHN G. ESPOSITO, JR., on Behalf of Himself and             :
All Others Similarly Situated,                              :
                                                            :
                              Plaintiff,                    :   Civ. No. 1:04 CV 10013 (NG)
                                                            :
              vs.                                           :
                                                            :
BIOPURE CORPORATION, THOMAS A. MOORE,:
CARL W. RAUSCH and RONALD F. RICHARDS,                      :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
                                                            :
JOSEPH L. KING, on Behalf of Himself and                    :
All Others Similarly Situated,                              :
                                                            :
                                                            :
                              Plaintiff,                    :   Civ. No. 1:04 CV 10038 (NG)
                                                            :
              vs.                                           :
                                                            :
BIOPURE CORPORATION, THOMAS A. MOORE,:
CARL W. RAUSCH and RONALD F. RICHARDS,                      :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
                                                            :
MICHAEL E. CRIDEN, Individually and on Behalf               :
of All Others Similarly Situated,                           :
                                                            :
                                                            :
                              Plaintiff,                    :   Civ. No. 1:04 CV 10046 (NG)
                                                            :
              vs.                                           :
                                                            :
BIOPURE CORPORATION, THOMAS A. MOORE                        :
and CARL W. RAUSCH,                                         :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

```
-------------------------------------------------------X
ISRAEL SHURKIN and SHARON SHURKIN,           :
Individually and on Behalf of All Others     :
Similarly Situated,                          :
                                             :
                    Plaintiffs,              :   Civ. No. 1:04 CV 10055 (NG)
                                             :
       vs.                                   :
                                             :
BIOPURE CORPORATION, THOMAS A. MOORE         :
and CARL W. RAUSCH,                          :
                                             :
                    Defendants.              :
-------------------------------------------------------X
JAMES J. NIZZO, VIRGINIA C. NIZZO and         :
CARLO CILIBERTI, on Behalf of Themselves      :
and All Others Similarly Situated,            :
                                              :
                    Plaintiffs,               :   Civ. No. 1:04 CV 10065 (NG)
                                              :
       vs.                                    :
                                              :
BIOPURE CORPORATION, THOMAS A. MOORE,:
CARL W. RAUSCH and RONALD F. RICHARDS,  :
                                              :
                    Defendants.               :
-------------------------------------------------------X
BARRY BROOKS, on Behalf of Himself and        :
All Others Similarly Situated,                :
                                              :
                    Plaintiff,                :   Civ. No. 1:04 CV 10077 (NG)
                                              :
       vs.                                    :
                                              :
BIOPURE CORPORATION, THOMAS A. MOORE,:
CARL W. RAUSCH and RONALD F. RICHARDS,  :
                                              :
                    Defendants.               :
-------------------------------------------------------X
```

```
-----------------------------------------------------------X
ANASTASIOS PERLEGIS, Individually and on       :
Behalf of All Others Similarly Situated,       :
                                               :
                    Plaintiff,                 :   Civ. No. 1:04 CV 10078 (NG)
                                               :
       vs.                                     :
                                               :
BIOPURE CORPORATION, THOMAS A. MOORE,:
THOMAS A. MOORE, CARL W. RAUSCH and            :
RONALD F. RICHARDS,                            :
                                               :
                    Defendants.                :
-----------------------------------------------------------X
MARTIN WEBER, on Behalf of Himself and All     :
Others Similarly Situated,                     :
                                               :
                    Plaintiffs,                :   Civ. No. 1:04 CV 10090 (NG)
                                               :
       vs.                                     :
                                               :
BIOPURE CORPORATION, THOMAS A. MOORE,:
THOMAS A. MOORE, CARL W. RAUSCH and            :
RONALD F. RICHARDS,                            :
                                               :
                    Defendants.                :
-----------------------------------------------------------X
BRUCE HAIMS, Individually and on Behalf of     :
All Others Similarly Situated,                 :
                                               :
                    Plaintiffs,                :   Civ. No. 1:04 CV 10144 (NG)
                                               :
       vs.                                     :
                                               :
BIOPURE CORPORATION, THOMAS A. MOORE,:
THOMAS A. MOORE, CARL W. RAUSCH and            :
RONALD F. RICHARDS,                            :
                                               :
                    Defendants.                :
-----------------------------------------------------------X
```

00001845.WPD ; 1

```
-----------------------------------------------------------X
MODEL PARTNERS LIMITED, Individually and    :
on Behalf of All Others Similarly Situated,
                                            :
                                            :
                    Plaintiff,              :    Civ. No. 1:04 CV 10155 (NG)
                                            :
        vs.                                 :
                                            :
BIOPURE CORPORATION, THOMAS A.              :
MOORE, CARL W. RAUSCH and RONALD            :
F. RICHARDS,                                :
                                            :
                                            :
                    Defendants.             :
-----------------------------------------------------------X
JUNE E. PATENAUDE, Individually and on Behalf:
of All Others Similarly Situated,           :
                                            :
                    Plaintiff,              :    Civ. No. 1:04 CV 10179 (NG)
                                            :
        vs.                                 :
                                            :
BIOPURE CORPORATION, THOMAS A.              :
MOORE, CARL W. RAUSCH and RONALD            :
F. RICHARDS,                                :
                                            :
                    Defendants.             :
-----------------------------------------------------------X
NANCY L. PINCKNEY, and GERTRUDE             :
PINCKNEY, Individually and on Behalf of All :
Others Similarly Situated,                  :
                                            :
                    Plaintiff,              :    Civ. No. 1:04 CV 10189 (NG)
                                            :
        vs.                                 :
                                            :
BIOPURE CORPORATION, THOMAS A.              :
MOORE, CARL W. RAUSCH,                      :
                                            :
                    Defendants.             :
-----------------------------------------------------------X
```

```
------------------------------------------------------------X
W. KENNETH JOHNSON, on Behalf of Himself        :
and All Others Similarly Situated,              :
                                                :
                Plaintiff,                      :   Civ. No. 1:04 CV 10190 (NG)
                                                :
        vs.                                     :
                                                :
BIOPURE CORPORATION, THOMAS A.                  :
MOORE, CARL W. RAUSCH and RONALD                :
F. RICHARDS,                                    :
                                                :
                Defendants.                     :
------------------------------------------------------------X
GREGORY KRUSZKA, on Behalf of Himself           :
and All Others Similarly Situated,              :
                                                :
                Plaintiff,                      :   Civ. No. 1:04 CV 10202 (NG)
                                                :
BIOPURE CORPORATION, THOMAS A.                  :
MOORE, CARL W. RAUSCH and RONALD                :
F. RICHARDS,                                    :
                                                :
                Defendants.                     :
------------------------------------------------------------X
```

Class members Ronald Erickson and Benjamin John Joseph ("Proposed Lead Plaintiffs" or "Movants"), by their undersigned counsel, hereby move this Court for an order: (i) consolidating for all purposes related actions filed against the above-captioned defendants for violations of the Securities Exchange Act of 1934 (the "Exchange Act"), pursuant to Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Movants as Lead Plaintiffs on behalf of purchasers of Biopure Corporation common stock, pursuant to Section 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, and (iii) approving Movants' selection of Lead Counsel.

The Motion is brought on the grounds that the actions filed against Biopure Corporation and the individual defendants are substantially identical because each alleges claims for violations of §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5, based upon similar factual allegations against substantially the same defendants. In addition, consolidation of these cases will promote efficiency.

This motion is also made on the grounds that Movants believe themselves to be the most adequate plaintiffs, having suffered total estimated losses of $323,199. Further, Movants meet the requirements of Rule 23 of the Federal Rules of Civil Procedure, since their claims are typical of class members' claims and Movants will fairly and adequately represent the interests of the Class.

1

The facts and law supporting the instant Motion are fully set forth in the accompanying Memorandum of Law in Support of the Motion of Ronald Erickson and Benjamin Joseph for consolidation of related cases, appointment as Lead Plaintiffs pursuant to § 21D of the Exchange Act, and approval of Proposed Lead Plaintiffs' Choice of Lead Counsel.

Dated: March 1, 2004

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ David Pastor

David Pastor (BBO #391000)
Peter A. Lagorio (BBO #567379)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

**Proposed Liaison Counsel
For Plaintiffs and the Class**

**STULL, STULL & BRODY**
Jules Brody
Howard T. Longman
Bradley P. Dyer
6 East 45th Street
New York, New York 10017
(212) 687-7230

**Proposed Lead Counsel For
Plaintiffs and The Class**

2