UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISRAEL SHURKIN and SHARON SHURKIN, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE and CARL W. RAUSCH,<br><br>       Defendants. | CASE NO. 04-10055-NG |

### ASSENTED-TO MOTION FURTHER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

  Defendants Biopure Corporation, Thomas A. Moore and Carl W. Rausch hereby move for an Order further extending the time to answer, move or otherwise respond to Plaintiffs' Class Action Complaint up to and including forty-five days after the Consolidated Amended Class Action Complaint has been filed.

  In support of their motion, Defendants state as follows:

  1.  Defendants currently have until March 15, 2004 to answer, move or otherwise respond to Plaintiffs' Class Action Complaint.

  2.  Plaintiffs in this matter and all related securities class actions have filed motions to consolidate, appoint lead plaintiffs and approve Plaintiffs' selection of lead counsel ("Plaintiffs' motions") which are currently pending. Once Plaintiffs' motions have been decided, a Consolidated, Amended Class Action Complaint will be filed.

LITDOCS:541807.1

3.  Counsel for Plaintiffs in this matter have assented to the further extension of the deadline provided by the Fed. R. Civ. P. for response to the Consolidated Amended Class Action Complaint to forty-five days after the Consolidated Amended Class Action Complaint has been filed.

WHEREFORE, Defendants respectfully request that the Court enter an Order further extending the time for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint up to and including forty-five days after the Consolidated Amended Class Action Complaint has been filed.

> BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH AND RONALD F. RICHARDS,
>
> By their attorneys,
>
> /s/ Eunice E. Lee
> Robert A. Buhlman, BBO #554393
> Eunice E. Lee, BBO #639856
> BINGHAM McCUTCHEN LLP
> 150 Federal Street
> Boston, MA  02110
> (617) 951-8000

Dated: March 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on March 15, 2004.

> s/ Eunice E. Lee
> Eunice E. Lee

-2-

LITDOCS:541807.1