AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ **Massachusetts**

Israel Shurkin and Sharon Shurkin, individually
and on behalf of all others similarly situated,
                    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

Biopure Corp., Thomas A. Moore and Carl W.
Rausch,
                    Defendants.

04-10055NG

TO: (Name and address of defendant)

Carl W. Rausch
592 Pleasant Street
Belmont, MA 02478
T (617) 484-3750

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick T. Egan, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

January 9, 2004

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | January 27, 2004 |

| NAME OF SERVER | TITLE |
|---|---|
| JOSEPH OLINTO | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:

**592 Pleasant Street, Belmont** _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person whom the summons and complaint were left:

_____

Said service was made at:_____, MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to_____

Duly Authorized Agent for the within-named_____

Said service was made at:

_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ _____ 10 .00 | $ _____ 10 ~~51~~ .00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on_____ **January 27, 2004** _____          *Joseph Olinto*
            Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ 41 .00 |
| | | | $ _____ .00 |
| | | | $ _____ .00 |
| | | | $ _____ .00 |
| | | | $ _____ .00 |
| | | | $ _____ .00 |
| | | | $ _____ .00 |

**DUE & DILIGENT SEARCH**:    $ _____ .00        No service was made        TOTAL    $ _____ 41 .00
because when constable arrived at said address he  discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA  02109 | Fax #        (617) 720-5737 |