UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISRAEL SHURKIN and SHARON SHURKIN, Individually And on Behalf of All Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE and CARL W. RAUSCH<br><br>Defendants. | CIVIL ACTION No. 04-10055 NG |

### NOTICE OF DISMISSAL OF ACTION

Pursuant to Rules 41(a)(1) and 23(e) of the Federal Rules of Civil Procedure, and in light of similar actions pending against the same defendants before this Court, plaintiffs Israel Shurkin and Sharon Shurkin hereby voluntarily dismiss the above-captioned action as to all defendants. This dismissal is without prejudice to plaintiffs Israel and Sharon Shurkin participating as class members in related actions pending before this Court and in which motions for consolidation and appointment of lead plaintiff are currently pending.

1

| | |
|---|---|
| Dated: April 26, 2004 | **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO** |

/s/ Patrick T. Egan
Jeffrey C. Block, BBO # 600747
Patrick T. Egan, BBO # 637477
One Liberty Square, 8th Floor
Boston, Massachusetts 02109
Tel: (617) 542-8300
Fax: (617) 542-1194

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Daniel L. Berger
Gerald H. Silk
Eitan Misulovin
1285 Avenue Of The Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

**COUNSEL FOR PLAINTIFFS**

G:\Boston Case Folder\Securities\Biopure\Pleading\Not_Vol_Dismissal_Shurkin.doc